UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LYNNETTE SMITH PATTERSON | : | CASE NO. A25-59786-JRS |
| DEBTOR | : | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE FOR CAUSE AND ENJOINING THE DEBTOR FROM FILING A CHAPTER 13 BANKRUPTCY CASE FOR A PERIOD OF AT LEAST 180 DAYS**

COMES NOW, Nancy J. Whaley, Chapter 13 Trustee herein, and files herewith her Objection to Confirmation and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of at least 180 Days, and as grounds shows the Court as follows:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

2.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments of $907.00 in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

3.

The Trustee requests proof of the Debtor's income from all sources in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. Section 521(a)(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

4.

The Debtor's pay advices indicate that the Debtor's income and payroll deductions differ from Schedule I. The Trustee requests that the Schedules be amended to reflect this income or additional documentation to support the currently filed Schedules be remitted to the Trustee. 11 U.S.C. Section 101(10A), 11 U.S.C. Section 1325(b)(6) and 11 U.S.C Section 1325(a)(3).

5.

The Debtor has failed to respond to the business related questions on the Statement of Financial Affairs, which are required for any self-employed person, partner (other than limited partner), or sole proprietor, thereby preventing the Trustee from evaluating feasibility in violation of 11 U.S.C. Section 1325(a)(6) and 11 U.S.C. Section 521(a)(1)(B)(iii).

6.

The Debtor has filed two (2) prior Chapter 13 cases within the last two (2) years, each of which was dismissed by the Court. Said cases are as follows:

a.) Chapter 13 case number 24-59196 was filed by the Debtor on August 30, 2024. The case was dismissed prior to confirmation on December 16, 2024 for the Debtor's failure to comply.

b.) Chapter 13 case number 25-51512 was filed by the Debtor on February 12, 2025. The case was dismissed prior to confirmation on June 3, 2025.

The Debtor's conduct in this and prior cases demonstrates that the Debtor may have filed this case without the intention of properly prosecuting this case and has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

WHEREFORE, the Trustee moves the Court to inquire into the above objections and to make a finding that dismissal for cause under 11 U.S.C. Section 1307(c) and Section 349(a) is appropriate, and as a result the Debtor is enjoined from refiling under Chapter 13 for a period of not less than 180 days; or that dismissal with prejudice for a period of 180 days pursuant to 11 U.S.C. 109(g) is appropriate.

This the 15th day of October, 2025.

Respectfully submitted:

/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
State Bar Number 143194
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
eroach@njwtrustee.com

/scw

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| <u>LYNNETTE SMITH PATTERSON</u> | : | CASE NO.  A25-59786-JRS |
| <u>    DEBTOR    </u> | : | |
| | : | |
| <u>NANCY J. WHALEY, TRUSTEE</u> | : | |
| <u>    MOVANT    </u> | : | |
| Vs. | : | |
| | : | |
| <u>LYNNETTE SMITH PATTERSON</u> | : | |
| <u>    RESPONDENT    </u> | : | |

<u>**NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S**</u>
<u>**MOTION TO DISMISS CASE WITH PREJUDICE**</u>

**PLEASE TAKE NOTICE** that *Nancy J. Whaley, Standing Chapter 13 Trustee,* has filed a Motion to Dismiss Case with Prejudice and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the pleading at *9:15 a.m. on November 18, 2025, in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303*, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the

Clerk's Office is: **Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303**. You must also mail a copy of your response to the undersigned at the address stated below.

This the 15th day of October, 2025.

Respectfully submitted:

_/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
State Bar Number 143194
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
eroach@njwtrustee.com

/scw

# CERTIFICATE OF SERVICE

Case No:  A25-59786-JRS

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of at least 180 Days to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

LYNNETTE SMITH PATTERSON
1420 PINEVIEW CIRCLE
DOUGLASVILLE, GA  30134

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of at least 180 Days using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

THE LAW OFFICE OF STANLEY J. KAKOL, JR.

This the 15th day of October, 2025.

/s/_____
   Eric W. Roach
   Attorney for the Chapter 13 Trustee
   State Bar No. 143194
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201